IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS ROMERO,** | Case No. 2:24-cv-03454-DJC-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **TREVINO, et al.,** | |
| Defendants. | |

After reviewing Defendants' Motion to Opt Out of Post Screening ADR Project (ECF No. 21), for good cause shown, the Court **GRANTS** Defendants' Motion. This case will no longer be scheduled for a settlement conference through the Early ADR Project. The Court will issue a separate order addressing Defendants' Motion to Stay Proceedings (ECF No. 22).

**IT IS SO ORDERED.**

Dated: July 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE