IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS ROMERO,** | Case No. 2:24-cv-03454-DJC-CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **TREVINO, et al.,** | |
| Defendants. | |

After reviewing defendants' unopposed motion to stay (ECF No. 22), the Court **GRANTS** defendants' motion. The stay imposed on June 10, 2025 remains in place. Defendants are hereby ordered to provide status updates on plaintiff's criminal proceedings every 120 days, beginning from the date of this Order.

**IT IS SO ORDERED**.

Dated:  August 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE